Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-17303-AMC

LYNNELLE R  MARCHE  
6028 MAGNOLIA  STREET  
PHILADELPHIA  PA     19144  

Petition Filed Date: 11/04/2018  
341 Hearing Date: 01/04/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/03/2019 | $200.00 | 25544998934 | 04/03/2019 | $1,000.00 | 25544998923 | 04/03/2019 | $1,000.00 | 25544998901 |
| 04/03/2019 | $1,000.00 | 25544998912 | 05/03/2019 | $1,600.00 | 4344323 | 08/08/2019 | $800.00 | 4344416 |
| 12/11/2019 | $600.00 | 26102570365 | 12/11/2019 | $800.00 | 4343300 | 12/11/2019 | $2,500.00 | 4805779 |
| 01/13/2020 | $705.00 | 26314263764 | 02/12/2020 | $800.00 | 26409592754 | 02/26/2020 | $1,600.00 | 4858176 |
| 04/29/2020 | $800.00 | 26680150653 | 06/18/2020 | $200.00 | 26753057818 | 06/18/2020 | $1,000.00 | 26753057807 |
| 07/27/2020 | $1,000.00 | 26753072692 | 07/27/2020 | $600.00 | 26753072703 | | | |

**Total Receipts for the Period: $16,205.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,205.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,205.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,300.00) |
| Paid to Trustee: | $1,452.63 | Total Plan Base: | $50,905.00 |
| Funds on Hand: | $14,752.37 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.