**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

  LYNNELLE MARCHE,           :            CHAPTER 13

                               :

                               :            CASE NO.: 18-17303-amc

DEBTOR(S).                 :

**CERTIFICATION OF SERVICE**

I, Michelle Lee, being duly sworn according to law, deposes and says that I
served the Debtor's Amended Plan upon the following individuals listed below, by
electronic means and/or first class mail on 12/2/2020.
Scott Waterman,
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606 9107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Lynnelle Marche
6028 Magnolia Street
Philadelphia, PA 19144

ALL CREDITORS ON THE MATRIX
ALL ATTORNEYS ON RECORD
And notice to be filed electronically with the Court, where it is available for viewing and
downloading from the Court's ECF system, and that such electronic filing automatically
generates a Notice of Electronic filing constituting service of the filed document upon all
of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all
parties that have requested service of papers in this case.

Respectfully Submitted,
/s/ Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106