| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
Chapter 13 Case No. 18-17303-AMC

LYNNELLE R MARCHE
6028 MAGNOLIA STREET
PHILADELPHIA PA 19144

Petition Filed Date: 11/04/2018
341 Hearing Date: 01/04/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $705.00 | 26314263764 | 02/12/2020 | $800.00 | 26409592754 | 02/26/2020 | $1,600.00 | 4858176 |
| 04/29/2020 | $800.00 | 26680150653 | 06/18/2020 | $200.00 | 26753057818 | 06/18/2020 | $1,000.00 | 26753057807 |
| 07/27/2020 | $1,000.00 | 26753072692 | 07/27/2020 | $600.00 | 26753072703 | 08/31/2020 | $1,000.00 | 26762638421 |
| 08/31/2020 | $300.00 | 26762638432 | 10/06/2020 | $1,000.00 | 26973409138 | 10/06/2020 | $600.00 | 26973409140 |
| 11/12/2020 | $800.00 | 26979627352 | 01/21/2021 | $400.00 | 26979647051 | 02/01/2021 | $400.00 | 27203303057 |
| 03/10/2021 | $400.00 | 26979646353 | 03/24/2021 | $1,000.00 | 27015288120 | 04/20/2021 | $500.00 | 27244458810 |

**Total Receipts for the Period: $13,105.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,605.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,605.00 | Current Monthly Payment: | $750.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,750.00 |
| Paid to Trustee: | $1,939.63 | Total Plan Base: | $53,700.00 |
| Funds on Hand: | $20,665.37 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.