# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT PENNSYLVANIA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lynnelle R. Marche aka Lynnelle Wakefield<br>Debtor(s) | CHAPTER 13 |
| Deutsche Bank National Trust Company as Trustee for the SACO I Inc., Mortgage Pass-Through Certificates, Series 1999-5, its successors and/or assigns<br>Movant<br>vs.<br>Lynnelle R. Marche aka Lynnelle Wakefield<br>Debtor(s) | NO. 18-17303 AMC |
| Scott Waterman Esq.<br>Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Deutsche Bank National Trust Company as Trustee for the SACO I Inc., Mortgage Pass-Through Certificates, Series 1999-5, which was filed with the Court on or about **April 9, 2019, docket number 23**.

        Respectfully submitted,

        /s/ Rebecca A. Solarz, Esq.
        _____
        Rebecca A. Solarz, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        Phone: (215)-627-1322

Dated: August 9, 2021