THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LYNNELLE MARCHE, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | CASE NO: 18-17303-AMC |

## O R D E R

AND NOW, this _____ day of _____, 2021, having heard Debtor's Objection to Proof of Claim No. 1 and any responses thereto, it is hereby ORDERED that Debtor's objection to the Proof of Claim No. 1 is SUSTAINED. Proof of Claim No. 1 is hereby disallowed.

**Date: October 28, 2021**

_____
**Honorable Ashely M. Chan**

{00392943;v1}