*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lynnelle R. Marche
    Debtor(s)

Case No: 18−17303−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***

Motion to Approve Loan Modification Filed by Lynnelle R. Marche Represented by GEORGETTE MILLER (Counsel)

on: 2/2/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/13/22

Timothy B. McGrath
Clerk of Court

119 − 115
Form 167