United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                         Case No. 18-17303-amc

Lynnelle R. Marche                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                 User: admin                                 Page 1 of 2

Date Rcvd: Jan 13, 2022                        Form ID: 167                         Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lynnelle R. Marche, 6028 Magnolia Street, Philadelphia, PA 19144-1133 |
| 14257320 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14234432 | + | Select Portfolio Servicing, c/o Kevin G McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14224677 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14254788 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 00:05:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14314895 | | Email/Text: megan.harper@phila.gov | Jan 13 2022 23:54:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14611271 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 13 2022 23:54:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14231338 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 00:05:02 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14256885 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 00:05:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14224676 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2022 00:05:03 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14412108 | *+ | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 13, 2022 | Form ID: 167 | Total Noticed: 10 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022                      Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

**Name**  **Email Address**

GEORGETTE MILLER
on behalf of Debtor Lynnelle R. Marche Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

KEVIN G. MCDONALD
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the SACO I Inc.  Mortgage Pass-Through Certificates, Series 1999-5 bkgroup@kmllawgroup.com

POLLY A. LANGDON
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the SACO I Inc.  Mortgage Pass-Through Certificates, Series 1999-5 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lynnelle R. Marche
    Debtor(s)

Case No: 18−17303−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Motion to Approve Loan Modification Filed by Lynnelle R. Marche Represented by GEORGETTE MILLER (Counsel)

on: 2/2/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/13/22

Timothy B. McGrath
Clerk of Court

119 − 115
Form 167