**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: LYNNELLE MARCHE, | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | CASE NO. 18-17303 |
| | : | |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Approve Mortgage Modification ("the Motion") (Doc #xxxxx), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion.

3. Nothing in this order shall constitute a modification of the Debtor's confirmed chapter 13 plan.

Dated:_____              _____

**Date: February 3, 2022**                                       **ASHELY M. CHAN,**
                                                                 **U.S. BANKRUPTCY JUDGE**

{00283715;v1}