United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 18-17303-amc

Lynnelle R. Marche                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                              Page 1 of 2

Date Rcvd: Feb 02, 2022                Form ID: 155                        Total Noticed: 10

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Lynnelle R. Marche, 6028 Magnolia Street, Philadelphia, PA 19144-1133 |
| 14257320 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14234432 | + | Select Portfolio Servicing, c/o Kevin G McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14224677 | + | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14254788 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 09:35:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14314895 | Email/Text: megan.harper@phila.gov | Feb 03 2022 09:31:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14611271 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 03 2022 09:30:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14231338 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2022 09:35:33 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14256885 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2022 09:35:33 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14224676 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2022 09:35:35 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14412108 | *+ | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2           User: admin           Page 2 of 2

Date Rcvd: Feb 02, 2022           Form ID: 155           Total Noticed: 10

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| GEORGETTE MILLER | on behalf of Debtor Lynnelle R. Marche Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the SACO I Inc.  Mortgage Pass-Through Certificates, Series 1999-5 bkgroup@kmllawgroup.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for the SACO I Inc.  Mortgage Pass-Through Certificates, Series 1999-5 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lynnelle R. Marche

          Debtor(s)

Chapter: 13

Bankruptcy No: 18−17303−amc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 2nd day of February 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Ashely M. Chan
                            Judge ,
                            United States Bankruptcy Court