**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Lynnelle Marche                              CHAPTER 13

DEBTOR(S)                                    BANKRUPTCY NO: 18-17303

**CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on February 13, 2022, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.


Dated:  March 5, 2022                        /s/ Margolis Edelstein
                                              Margolis Edelstein
                                              100 Century Parkway, Suite 200
                                              Mt. Laurel, NJ 08054