## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Lynnelle Marche | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 18-17303 |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $11092.00 and $508.00 in expenses are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less 600.00, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: March 3, 2022**

_____
Bankruptcy Judge

~~Dated: February 13, 2022~~

cc:    Scott Waterman,
       Chapter 13 Trustee
       2901 St. Lawrence Ave.
       Suite 100
       Reading, PA 19606 9107

       United States Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       Lynnelle Marche
       6028 Magnolia Street
       Philadelphia, PA 19144