**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: LYNNELLE MARCHE,** | **:** | **CHAPTER 13** |
| | **:** | |
| **DEBTOR.** | **:** | **CASE NO: 18-17303-AMC** |

### NOTICE OF RESPONSE IN OPPOSITION TO LENDER'S RESPONSE TO FINAL CURE

Debtor Lynelle Marche has filed the attached RESPONSE IN OPPOSITION TO LENDER'S RESPONSE TO FINAL CURE with this Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you want the court to consider your views on the Motion, then on or before 7/3/2022 you or your attorney must:

File with the court a written response at:

*U.S. Bankruptcy Court*
*900 Market Street*
*Philadelphia, PA 19107*
*Attn: Bankruptcy Clerk*

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to:

*Michelle Lee, Esquire*
*Margolis Edelstein*
*170 S Independence Mall W., Ste. 400E*
*Philadelphia, PA 19106*

You or your attorney must attend the hearing scheduled for **AUGUST 3, 2022, at 11:00AM, via TELEPHONE CONFERENCE**. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date : 6/14/2022                                                               /s/ Michelle Lee
                                                                          Michelle Lee, Esquire
                                                                           Margolis Edelstein
                                                             170 S Independence Mall W., Ste. 400E
                                                                         Philadelphia, PA 19106
                                                                    mlee@margolisedelstein.com