**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Lynell R. Marche | | |
| Debtor(s) | : | Bankruptcy No. 18-17303-amc |

ORDER

AND NOW, it appearing that the Debtor filed an *Response in Opposition to Lender's Response to Notice of Final Cure* which is pending before the Court with a hearing scheduled for August 3, 2022, it is hereby

ORDERED that the Order Approving Trustee Report, Discharging Trustee and Closing Case Without Discharge erroneously entered by the clerks' office on on July 25, 2022 is VACATED.

**Date: August 1, 2022**

Ashely M. Chan
United States Bankruptcy Judge