IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Lynnelle R. Marche<br>aka Lynnelle Wakefield | : | |
| DEBTOR(S) | : | BANKRUPTCY NO. 18-17303-AMC |

## ORDER

AND NOW, Debtor's *Response in Opposition to Lender's Response to Notice of Final Cure* having been filed on June 20, 2022 (Doc. #143) (the "Response"),

AND after hearing on December 14, 2022, the Response having been reported settled and a revised order was to be submitted,

AND no revised order having been e-filed on the case docket despite reminders by the Clerk's Office,

AND, Debtor's Counsel reporting that Counsel no longer has authority to continue to work on this matter, it is hereby

ORDERED that the Response is DISMISSED for lack of prosecution.

**Date: January 30, 2023**

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE