# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Lynnelle R. Marche aka Lynnelle Wakefield**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 18-17303 AMC**<br><br>**Chapter 13** |
| **Deutsche Bank National Trust Company as Trustee for the SACO I Inc., Mortgage Pass-Through Certificates, Series 1999-5**<br>　　　　　　　　　　**Movant**<br>　　　**vs.**<br><br>**Lynnelle R. Marche aka Lynnelle Wakefield**<br>　　　　　　　　　　**Debtor(s)** | **Related to Claim No. 4** |
| **Scott Waterman Esq.,**<br>**Trustee** | |

## CERTIFICATE OF SERVICE OF
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 30, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Lynnelle R. Marche aka Lynnelle Wakefield
6028 Magnolia Street
Philadelphia, PA 19144

Attorney for Debtor(s)
Georgette Miller, Esq.
170 S. Indepdence Mall W
Suite 400
Philadelphia, PA 19106

Trustee
Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>August 30, 2021</u>

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　Phone: (215) 825-6327
　　　　　　　　　　　　　　　　　　　　Email: rsolarz@kmllawgroup.com